entered after trial at Trial Term, before the court without a jury, a jury having been waived. Joseph M. Hartfield, for appellant. Charles N. Morgan, for respondents.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the defendant, as a condition of obtaining an injunction, expressly agreed that, if he failed to sustain the injunction upon the trial, he would pay the debt of the plaintiff for which his stock was held as security; and, he having failed upon the trial to sustain his claim for an injunction, under the undertaking he was liable for the full amount secured by the undertaking.

AMERICAN SEEDING MACH. CO., Appellant, v. JOHN CONKLIN SONS CO., Respondent, et al. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the American Seeding Machine Company against the John Conklin Sons Company, impleaded with Clark M. Sharpe. No opinion. Judgment affirmed, with costs. See, also, 64 Misc. Rep. 652, 120 N. Y. Supp. 592.

AMERICAN SERVIANS ASS'N OF NEW YORK, Appellant, v. UNION SQUARE SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the American Servians Association of New York against the Union Square Savings Bank. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Frank S. Anderson against Adelaide M. Anderson. No opinion. Order affirmed, without costs. See, also, 143 App. Div. 973, 128 N. Y. Supp. 1111.

ANTONOPULOS, Appellant, v. STOVER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by John D. Antonopulos against Charles B. Stover, individually, etc., and others. C. Blandy, for appellant. T. Farley, for respondents. No opinion. Judgment affirmed. Order filed.

ATLANTIC DREDGING CO. v. BEARD et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Atlantic Dredging Company against William Beard and others. No opinion. Motion granted. Question to be determined on settlement of order. Settle order on notice. See, also, 130 N. Y. Supp. 4.

AUB, Respondent. v. LOCK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Albert F. Aub against Charles A. Lock.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant pay the respondent $10 costs, perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

BAKER, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Benjamin I. Baker against Arthur Wilson. No opinion. Judgment of the Municipal Court affirmed, with costs.

BANCHETTI, Respondent, v. FURNACEVILLE IRON CO., Appellant. . (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Giovanni Banchetti, as administrator, etc., against the Furnaceville Iron Company. No opinion. Judgment and order affirmed, with costs.

BARKER, Appellant, v. STRINGER, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Charles B. Barker against Adelia Gertrude Stringer.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial denied, with $10 costs, upon the ground that defendant has been guilty of laches in making the motion, and no satisfactory excuse therefor is presented.

BASTIDE, Respondent, v. E. R. HOLDEN & CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph W. Bastide against E. R. Holden & Co. S. Horkimer, for appellant. T. M. Rowlette, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUER v. MANITOU BEACH ROD & GUN CLUB et al. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Chester P. Bauer against the Manitou Beach Rod & Gun Club and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon nonsuit, with costs.

BELIN, Appellant, v. ELMIRA TABLE MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by John Belin, by Edward R. Belin, his guardian ad litem, against the Elmira Table Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

In re BENDER. (Supreme Court, Appellate Division, First Department. June 23, 1911.)